# United States District Court

EASTERN DISTRICT OF WISCONSIN

KENYOTA AMOS,

        Plaintiff,

    v.

MCDONALD'S, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 21-C-797

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Kenyota Amos takes nothing and this action is dismissed without prejudice.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: July 23, 2021

GINA M. COLLETTI
Clerk of Court

s/ Terri Lynn Ficek
(By) Deputy Clerk